# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGO PONDER,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>DRIVETIME AUTOMOTIVE GROUP, INC.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-01573-JCM-NJK<br><br>ORDER |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 16, 2016, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: November 10, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge