# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGO PONDER, | |
| Plaintiff(s), | Case No. 2:16-cv-1573-JCM-NJK |
| vs. | |
| DRIVETIME AUTOMOTIVE GROUP, | ORDER |
| Defendant(s). | (Docket No. 11) |

Pending before the Court is the parties' stipulated protective order, which is not signed by the parties' attorneys. Docket No. 11. *See also* Local Rule 7-1(a). Accordingly, the Court hereby **DENIES** the parties' stipulated protective order. Docket No. 11. Any renewed stipulated protective order shall comply with the Local Rules.

IT IS SO ORDERED.

DATED: February 2, 2017

NANCY J. KOPPE
United States Magistrate Judge