David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, MARGO PONDER*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARGO PONDER,<br><br>              Plaintiff,<br><br>v.<br><br>DRIVETIME AUTOMOTIVE GROUP, INC. D/B/A DRIVETIME,<br><br>              Defendant. | **Case No. 2:16-cv-01573-JCM-NJK**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

     Plaintiff MARGO PONDER and Defendant DRIVETIME AUTOMOTIVE GROUP, INC. D/B/A DRIVETIME hereby stipulate and agree that the above-

…

…

…

…

…

…

…

…

entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: May 9, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Justin A. Shiroff, Esq.
Justin A. Shiroff, Esq.
Ballard Spahr LLP
100 North City Parkway
Suite 1750
Las Vegas, NV 89106
*Attorney for Defendant DRIVETIME AUTOMOTIVE GROUP, INC. D/B/A DRIVETIME*

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: May 18, 2017
_____